**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **SAVE AUSTIN NOW PAC, LELAND BICKERS,** | § § § § | |
| *Plaintiffs,* | § § | **1:26-CV-50-ADA-DH** |
| **v.** | § § § | |
| **T.C. BROADNAX,** | § § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 26. Judge Howell recommends that this Court **GRANT** Plaintiffs' motion to remand (Dkt. 10) and **DENY** the motion to strike the supplemental memorandum (Dkt. 14) as moot. *Id.* at 1, 8. The report was filed on June 3, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections (Dkt. 27) on June 16, 2026. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 26), Defendant's objections (Dkt. 27), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate

Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 26) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Objections (Dkt. 27) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to remand (Dkt. 10) is hereby **GRANTED**.

All other pending motions are hereby **DENIED AS MOOT**. The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 24th day of June, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE